445 A.2d 231

Commonwealth v. Hughes, Appellant.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Submitted February 1, 1982. Frank Robert Cori, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

Order affirmed.

445 A.2d 231

Commonwealth v. Johnson, Appellant.

Argued April 1, 1981. David P. Trulli, for appellant; Eliot Present, Assistant District Attorney, for Commonwealth appellee.

Before HESTER, CAVANAUGH and JOHNSON, JJ.

Judgment of sentence dated October 31, 1979 is affirmed.